| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Wesley, Richard C. | 2. Court or Organization<br><br>U.S. Court of Appeals, 2nd Circuit | 3. Date of Report<br><br>07/26/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Active, U.S. Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>Livingston County Government Center<br>6 Court Street<br>Geneseo, New York 14454 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Cornell Law School Advisory Council |
| 2. Trustee | Trust I and II |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2003 | New York State Employees Retirement System: Pension upon Retirement at age 55 |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wesley, Richard C. | 07/26/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | New York State Employees Retirement System | $55,000.00 |
| 2. 2015 | Cornell University Teaching Stipend | $15,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | New York Teachers Retirement |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Council | 02/13/2015 to 02/20/2015 | LaRomana, Dominican Republic | Participated in workshops and seminars for the Federal Bar Council Attorneys | Travel, room, meals, mileage |
| 2. | College of Commercial Arbitrators | 10/23/2015 | New York, New York | Participated in CLE | Travel, meal, mileage |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wesley, Richard C. | 07/26/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wesley, Richard C. | 07/26/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Key Bank | A | Int./Div. | M | T | | | | | |
| 2. Trust I - Chevy Chase Bank Account | A | Int./Div. | J | T | | | | | |
| 3. Trust II - Chevy Chase Bank Account | A | Int./Div. | J | T | | | | | |
| 4. NWML Balanced Funds IRA | A | Dividend | | | Sold | 06/05/15 | J | | |
| 5. Northwestern Mutual Life (Whole Life) | C | Dividend | M | T | | | | | |
| 6. Northwestern Mutual (Whole Life) | B | Dividend | M | T | | | | | |
| 7. Northwestern Mutual Life (Whole Life) | C | Dividend | L | T | | | | | |
| 8. Northwestern Mutual Life (Whole Life) | B | Dividend | K | T | | | | | |
| 9. Northwestern Mutual Life (Whole Life) | B | Dividend | K | T | | | | | |
| 10. Northwestern Mutual Life (Whole Life) | B | Dividend | L | T | | | | | |
| 11. Assanti Capital Management, Inc. (IRA) Cash | A | Int./Div. | | | Sold | 06/04/15 | J | | |
| 12. DFA International Small Company Fund IRA | B | Dividend | J | T | Sold (part) | 06/10/15 | K | | |
| 13. DFA Emerging Markets Fund IRA | B | Dividend | J | T | Buy | 06/10/15 | J | | |
| 14. DFA Large Company Fund IRA | B | Dividend | | | Sold | 06/04/15 | M | | |
| 15. DFA Large Cap Value Fund IRA | B | Dividend | K | T | Sold (part) | 06/10/15 | K | | |
| 16. DFA Real Estate Securities Fund IRA | B | Dividend | K | T | Sold (part) | 06/10/15 | J | | |
| 17. DFA US Small Cap Fund IRA | A | Dividend | | | Sold | 06/08/15 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wesley, Richard C. | 07/26/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity IRA Cash Account | A | Interest | J | T | Buy | 06/08/15 | K | | |
| 19. DFA Five Year Global Fixed Income Fund IRA | B | Dividend | L | T | Buy | 06/10/15 | K | | |
| 20. DFA International Value Fund IRA | B | Dividend | K | T | Sold (part) | 06/10/15 | L | | |
| 21. DFA Two year Global Fixed Income IRA | A | Dividend | L | T | Buy | 06/10/15 | L | | |
| 22. DFA US Vector Equity PRTF INSTL CL (DF VEX) IRA | B | Dividend | L | T | Buy | 06/10/15 | L | | |
| 23. DFA Core Equity DFQTX IRA | B | Dividend | K | T | Buy | 06/10/15 | K | | |
| 24. DFA Short Term Gov't PORT (DFFGX) IRA | B | Dividend | L | T | Buy | 06/10/15 | L | | |
| 25. DFA One Year Fixed Income PRTF INSTL IRA | A | Dividend | L | T | Buy | 06/10/15 | K | | |
| 26. Dimensional Energy Markets Value IRA | A | Dividend | J | T | Sold (part) | 06/10/15 | K | | |
| 27. DFA Emerging Markets Small Cap IRA | A | Dividend | J | T | Buy | 06/10/15 | J | | |
| 28. DFA Int'l Small Cap Value IRA | A | Dividend | J | T | Buy | 06/10/15 | J | | |
| 29. DFA Global Stock Fund | A | Dividend | J | T | Sold | 06/11/15 | J | | |
| 30. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wesley, Richard C. | 07/26/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Trustee of Trust I and II is a life insurance trust - only value upon death.  Currently, no monetary value.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wesley, Richard C. | 07/26/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard C. Wesley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544